IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 09-40371 |
| KENNINGTON, KEVIN LEE | * | |
| | * | CHAPTER 13 |
| Debtor | * | |
| | * | |
| KEVIN LEE KENNINGTON | * | |
| | * | |
| Movant | * | |
| | * | |
| vs. | * | |
| | * | |
| YELLOW BOOK USA | * | |
| | * | |
| Respondent | * | |

## WITHDRAWAL OF OBJECTION TO CLAIM OF
## YELLOW BOOK USA

Comes now the Debtor and withdraws his Objection to Claim of Yellow Book USA filed by him on July 13, 2011, designated in the Court's record as Document No 30.

This __26th__ day of __July__, 2011.

                                                                /s/ Brace W. Luquire
                                                                 BRACE W. LUQUIRE
                                                                 Georgia State Bar No. 461400
                                                                 Attorney for Debtor
                                                                 Post Office Box 2684
                                                                Columbus, Georgia 31902
                                                                (706) 322-8557

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 09-40371 |
| KENNINGTON, KEVIN LEE | * | |
| | * | CHAPTER 13 |
| Debtor | * | |
| | * | |
| KEVIN LEE KENNINGTON | * | |
| | * | |
| Movant | * | |
| | * | |
| vs. | * | |
| | * | |
| YELLOW BOOK USA | * | |
| | * | |
| Respondent | * | |

## CERTIFICATE OF SERVICE

I, Brace W. Luquire, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that on the ___26th___ day of ___July___, 2011, I served a copy of the attached Withdrawal of Objection to Claim on the following parties:

Kristin Hurst
Chapter 13 Trustee
Post Office Box 1907
Columbus, Georgia 31902

Yellow Book USA
c/o Bankruptcy Recovery Services
Post Office Box 5126
Timonium, Maryland 21094

by depositing in the United States mail, a copy of the same in a properly addressed envelope with adequate postage thereon to insure delivery unless service was perfected be electronic means.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Brace W. Luquire
BRACE W. LUQUIRE
Georgia State Bar No. 461400
Attorney for Debtor
Post Office Box 2684
Columbus, Georgia 31902
(706) 322-8557